FILED
JAN 1 8 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | CRIMINAL NO. 23-30003-NJR |
| KYREN CHUNN, | ) | Title 18 United States Code, Section 922(g)(1) and 924(a)(2) |
| Defendant. | ) | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
(Felon in Possession of a Firearm)

On or about October 16, 2022, in St. Clair County, within the Southern District of Illinois,

**KYREN CHUNN,**

Defendant herein, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one-year, Burglary in St. Louis County Circuit Court, in case number 12SL-CR09813-01, did knowingly possess a firearm, that is one Ruger, LCP II, .22 caliber pistol bearing serial number 381009807; and the firearm was in and affecting commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### FORFEITURE ALLEGATION

1. The allegations contained above are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18 United States Code, Section 924(d) and Title 28 United States Code, Section 2461(c).

2. Upon conviction of the above offenses in violation of Title 18 United States Code Section 922(g), the Defendant,

**KYREN CHUNN,**

shall forfeit to the United States a firearm and any and all ammunition contained within the firearm including but not limited to the following:

one Ruger, LCP II, .22 caliber pistol bearing serial number 381009807

All pursuant to Title 18 United States Code, Section 924(d), and Title 28, United States Code Section 2461(c).

**A TRUE BILL**

*/s/ Jennifer Hudson*
JENNIFER HUDSON
Assistant United States Attorney

ALMA SUMMERS
Digitally signed by ALMA SUMMERS
Date: 2023.01.14 14:29:51 -06'00'

for
RACHELLE AUD CROWE
United States Attorney

Recommended Bond: Detention